**WESTERN CENTER FOR JOURNALISM Appellant**

v.

**INTERNAL REVENUE SERVICE, Appellee**

No. 00–5203.

United States Court of Appeals, District of Columbia Circuit.

Dec. 18, 2001.

Before SENTELLE and ROGERS, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs by the parties. After full review of the case, the court is satisfied that appropriate disposition of the appeal does not warrant an opinion. *See* D.C.Cir. R. 36(b). Accordingly, it is

ORDERED and ADJUDGED that the decision of the District Court is affirmed substantially for the reasons given by the District Court.

The clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. *See* D.C.Cir. Rule 41.